Nick A. Ortiz (Cal. Bar No. 217489)
nick@ortizlawfirm.com
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| ADRIANA GUERRA,<br><br>   Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No.:<br><br>**COMPLAINT** |

COMES NOW the Plaintiff, ADRIANA GUERRA, by and through the undersigned attorneys, and files this Complaint stating a cause of action against Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, and alleges as follows:

   1.   This is an action for recovery of benefits under employee welfare benefit plans brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

   2.   Plaintiff, ADRIANA GUERRA, is an adult resident citizen of San Bernardino County, California.

   3.   Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY (hereinafter "RSLI"), is a foreign corporation authorized to engage and engaging in business within the State of California.

   4.   This Court maintains subject matter jurisdiction over this action

Complaint                                        1

pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

## COUNT I – BREACH OF CONTRACT

5. Plaintiff and/or her employer, GXO Enterprise Services, LLC, purchased through her employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan"), effective August 1, 2021.

6. At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

7. Defendant, RSLI, is in possession of all master LTD Plan documents.

8. On or about May 25, 2022, Plaintiff became totally disabled from her past employment as defined by the LTD Plan, due to bilateral calcaneus stress fractures, fractured bone spurs in her feet, bilateral plantar fasciitis, bilateral gastroc equinus, right knee meniscus tear and sprain, uncontrolled type 2 diabetes, diabetic neuropathic pain, hyperlipidemia, hypothyroidism, and other exertional and non-exertional impairments.

9. Plaintiff made a timely application for disability insurance benefits under the LTD Plan.

10. On or about February 27, 2023, Plaintiff's application for benefits was denied by Defendant or its agents.

11. On or about August 25, 2023, Plaintiff appealed said denial of benefits.

12. On or about November 21, 2023, Defendant or its agents overturned the previous denial and approved Plaintiff for benefits, payable from November 21, 2022.

13. On or about February 9, 2024, Defendant or its agents terminated Plaintiff's LTD Plan benefits, effective January 22, 2024.

14. On or about August 7, 2024, Plaintiff appealed said termination of

Complaint 2

LTD Plan benefits.

15. Defendant or its agents acknowledged receipt of Plaintiff's appeal on August 12, 2024.

16. On or about October 9, 2024, Defendant or its agents upheld its previous determination to terminate Plaintiff's claim for LTD Plan benefits.

17. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due to bilateral calcaneus stress fractures, fractured bone spurs in her feet, bilateral plantar fasciitis, bilateral gastroc equinus, right knee meniscus tear and sprain, uncontrolled type 2 diabetes, diabetic neuropathic pain, hyperlipidemia, hypothyroidism, and other exertional and non-exertional impairments.

18. Plaintiff has exhausted all administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

19. Each of the Defendant's denials of Plaintiff's claims for LTD benefits constituted abuse of Defendant's discretion under the Plan and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: 2/28/25

*/s/ Nick A. Ortiz*
Nick A. Ortiz, Esq.
Attorney for Plaintiff