Nick A. Ortiz (Cal. Bar No. 217489)
nick@ortizlawfirm.com
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ADRIANA GUERRA,<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 5:25-cv-00544-JGB-AGR<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSURE** |

Plaintiff, Adriana Guerra, pursuant to Local Rule 16-15.7 CDCA, hereby informs the Court that the parties have reached an amicable settlement of this civil case in its entirety. Plaintiff asks the Court to administratively close this matter, subject to the right of any party to move the Court within 60 days for the entry of a stipulated form of dismissal with prejudice or, on good cause shown, to reopen the

1

case for further proceedings. The effectiveness of this agreement is conditioned on the district court's entry of an Order retaining jurisdiction.

The undersigned Plaintiff counsel has conferred with counsel for Defendant with respect to this Notice of Settlement. The undersigned Plaintiff counsel has been authorized to submit this Notice in order to alert the Court as soon as practicable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Michael Bernacchi (mbernacchi@bwslaw.com) via the Court's CM/ECF automated services system this 18th day of July 2025.

*/s/ Nick A. Ortiz, Esq.*
Nick A. Ortiz, Esq.
Attorney for Plaintiff

2