Nick A. Ortiz (Cal. Bar No. 217489)
nick@ortizlawfirm.com
Ortiz Law Firm
823 E Jackson St
Pensacola, FL 32501
(850) 308-7833 (T)
(850) 208-3613 (F)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ADRIANA GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 5:25-cv-00544-JGB-AGR<br><br>**STIPULATION FOR AN ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41** |

   Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, ADRIANA GUERRA, and Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through their attorneys of record, stipulate that this matter be dismissed in its entirety with prejudice, the Parties having settled their dispute. Each party shall bear its and her own fees and costs.

   Respectfully Submitted:

STIPULATION OF DISMISSAL          1                5:25-cv-00544-JGB-AGR

Dated: 9/18/25          /s/ Nick A. Ortiz
                        Nick A. Ortiz
                        Counsel for Plaintiff(s)

Dated:  9/18/25         /s/Michael Bernacchi
                        Michael Bernacchi
                        Counsel for Defendant(s)