# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ADRIANA GUERRA,<br><br>  Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No.: 5:25-cv-00544-JGB-AGR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41** |

Pursuant to the stipulation of the parties, this matter is hereby dismissed in its entirety with prejudice, the Parties having settled their dispute. Each party shall bear its and her own fees and costs.

IT IS SO ORDERED.

Dated: September 26, 2025

_____
Jesus G. Bernal
UNITED STATES DISTRICT JUDGE